IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

AMERICAN BUILDERS
INSURANCE COMPANY,

     Plaintiff,

v.

SOUTHERN-OWNERS
INSURANCE COMPANY,

     Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446, and 28 U.S.C. §1332(a) Defendant, Southern-Owners Insurance Company, by and through their undersigned attorney, file and serve this Notice of Removal of this civil action from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division. In support thereof, Defendant states:

### PRELIMINARY FACTS

1.     This is an action for Equitable Subrogation regarding insurance coverage for an Underlying Claim for bodily injuries.

2.     The Plaintiff filed this action in the Circuit Court in the Fifteenth Circuit in and for Palm Beach County, Florida in Palm Beach County Case #2020-CA-007872.

3.      This action arises out of an incident that occurred on a construction project in Longwood, Florida. (the "Project").

4.      Beck Construction ("Beck") was a subcontractor on the Project.

5.      Beck hired Ernest Guthrie, LLC to perform carpentry work on the project.

6.      Ernest Guthrie was injured when he fell from the roof while performing work on the project.

7.      Ernest Guthrie made a claim for damages against Beck through Beck's insurance carrier – American Builders Insurance Company ("Builders")("Underlying Claim").

8.      Builders tendered the defense/indemnity of Beck to Southern-Owners.

9.      Southern-Owners is the liability carrier for Ernest Guthrie, LLC.

10.     Beck is an Additional Insured under the Southern-Owner's policy for liability arising out of Ernest Guthrie's work.

11.     Southern-Owners agreed to provide a defense to Beck under a Reservation of Rights, in accordance with the terms of its policy.

12.     Builders and Evanston Insurance (Beck's excess carrier) each tendered their $1 million coverage limits to Ernest Guthrie in settlement of his claim against Beck.

13.     Builders is now seeking equitable subrogation against Southern-Owners

**FEDERAL JURISDICTION**

14.     This Court has jurisdiction of this cause pursuant to 28 U.S.C. §1332(a), in that the citizenship of Plaintiff and each Defendant is diverse and the amount in controversy exceeds $75,000.00.

15.    The amount in controversy is well in excess of $75,000, to wit, Builders is seeking equitable subrogation against Southern-Owners for the $1 million that it paid in settlement of the Underlying Claim against Beck.

16.    Plaintiff, Builders, is a Delaware corporation, incorporated in the State of Delaware, with its principle place of business in Georgia.  Therefore, it is a citizen of the State of Delaware and the State of Georgia.

17.    Defendant, Southern-Owners Insurance Company is a Michigan Corporation, incorporated in the State of Michigan, with its principle place of business in Lansing, Michigan. Therefore, it is a citizen of the State of Michigan.

18.    This action is subject to removal pursuant to 28 U.S.C. §1441, based upon diversity of citizenship.

## TIMELINESS OF REMOVAL

19.    This notice of removal is timely, as it has been filed within thirty (30) days of the service of the Summons and Complaint on Defendant, Southern-Owners Insurance Company.

## STATE COURT PLEADINGS

20.    Defendant has filed true and correct copies of all process, pleadings, orders and other papers which have been filed in the state court action attached hereto as Composite Exhibit "A."

WHEREFORE, Defendant, Southern-Owners Insurance Company, respectfully request that this cause be removed to the United States District Court for the Southern District of Florida, West Palm Beach Division.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via E-Service to Richard M. Benruby, Esq. (RBenrubi@benrubilaw.com; cgarcia@benrubilaw.com), 1401 Forum Way, Sixth Floor, West Palm Beach, FL 33401 this __19th__ day  of August, 2020.

s/ Carri S. Leininger, Esq.
Carri S. Leininger, Esq.
Service to: eservice@wlclaw.com
Florida Bar No. 0861022
Jessica L. Gregory, Esq.
Florida Bar No. 92019
Attorney for Defendant Southern Owners Insurance Company
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-9606