Filing # 110858989 E-Filed 07/27/2020 04:25:57 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE FIFTEENTH   JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH   COUNTY, FLORIDA

Case No.:_____
Judge: _____

AMERICAN BUILDERS INSURANCE COMPANY
Plaintiff
         vs.
SOUTHERN OWNERS INSURANCE COMPANY
Defendant

**II.     AMOUNT OF CLAIM**
   Please indicate the estimated amount of the claim rounded to the nearest dollar $35,000

**III.    TYPE OF CASE**      (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

Exhibit "A"

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.     **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

V.      **NUMBER OF CAUSES OF ACTION:**
          (Specify)

        <u>1</u>

VI.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

VII.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

VIII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Richard M Benrubi</u>
                  Attorney or party
FL Bar No.: <u>796573</u>
                  (Bar number, if attorney)
            <u>Richard M Benrubi</u>
                  (Type or print name)
Date:  <u>07/28/2020</u>

Filing # 110858989 E-Filed 07/27/2020 04:25:57 PM

IN THE CIRCUIT COURT THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

AMERICAN BUILDERS
INSURANCE COMPANY,                              CASE NO.:

        Plaintiff,

vs.

SOUTHERN OWNERS
INSURANCE COMPANY,

        Defendant.

_____/

## COMPLAINT

Plaintiff, AMERICAN BUILDERS INSURANCE COMPANY, by and through its undersigned counsel, hereby sues the Defendant, SOUTHERN OWNERS INSURANCE COMPANY, and all facts being extant and material hereto alleges:

### GENERAL ALLEGATIONS

1.      This is an action for equitable subrogation which requests damages in excess of Thirty Thousand ($30,000.00) Dollars, exclusive of attorneys' fees, interest and costs.

2.      At all material times, Plaintiff, AMERICAN BUILDERS INSURANCE COMPANY, (hereinafter "ABIC"), is a Delaware corporation with its principal place of business in Georgia, and is authorized to do business in the State of Florida.

3.      At all material times, Defendant, SOUTHERN OWNERS INSURANCE COMPANY, (hereinafter "SOIC"), is a Florida corporation with its principal place of business in the State to Michigan, and is authorized to do business in the State of Florida.

NOT A CERTIFIED COPY

## THE CONSTRUCTION ACCIDENT

4.     On April 1, 2019, Ernest Guthrie "Guthrie" was severely injured when he fell from the roof of a home under construction while removing a decorative window ("The Project").

5.     Beck Construction was involved as a subcontractor on the Project located at 3243 Tala Loop, Lot 97 in Longwood, Florida.

6.     Beck Construction subcontracted the interior framing and carpentry to Guthrie, a carpenter by trade.

7.     Beck Construction hired Guthrie through his company, Ernest Guthrie LLC ("Guthrie LLC).

8.     At all material times, Guthrie was the only employee of Guthrie LLC and had exempted himself from Florida's Workers' Compensation Act.

9.     On March 29 ,2019, Russell Beck, owner of Beck Construction, was advised that the homeowner did not like two decorative windows located on either side of the roof.

10.     Beck requested Guthrie to remove the decorative windows.

11.     Guthrie was injured when he fell off the roof while sawing off the decorative window.

## THE INSURANCE POLICIES

12.     At all material times, Beck Construction maintained a Commercial General Liability ("CGL") insurance policy of $1 million with ABIC (Policy No. PKG 024736201), with effective dates from August 31, 2018 to August 31, 2019. (See ABIC policy attached hereto as Exhibit "A").

13.     At all material times, Ernest Guthrie LLC had a Commercial General Liability insurance policy with limits of $1 million with SOIC (Policy No. 182382-72659139-19), with effective dates from February 22, 2019 to February 22, 2020. (See SOIC policy attached hereto as Exhibit "B").

14.     Beck Construction was named as an additional insured under the SOIC policy issued to Guthrie LLC. (Certificate of Insurance attached hereto as Exhibit "C").

### ABIC TENDERS BECK CONTRUCTION'S DEFENSE TO SOIC

15.     Guthrie, through his counsel, Stuart Cohen, asserted a negligence claim against Beck Construction for the injuries sustained by Guthrie.

16.     Beck Construction tendered its defense of Guthrie's claim to ABIC, who accepted coverage and began an investigation into Guthrie's claim.

17.     On September 5, 2019, Mr. Cohen sent a thirty (30) day time-limit demand to ABIC, demanding that ABIC tender its One Million Dollar ($1,000,000.00) policy limits to Guthrie in exchange for a release of all claims against Beck Construction.

18.     By letter dated September 12, 2019, ABIC tendered the defense and indemnity obligation of Beck Construction to Defendant, SOIC, Guthrie LLC's liability insurer, asserting that, due to Beck Construction's additional insured status, the SOIC policy is primary; non-contributory; and does not share concurrent obligations with the ABIC policy. (See Exhibit "D" attached hereto).

19.     ABIC's September 12, 2019 letter enclosed Mr. Cohen's September 5, 2019 time-limit demand letter together with the Certificate of Insurance reflecting Beck Construction's additional insured status.

20.    On November 18, 2019, Mr. Cohen issued a revised settlement demand after learning that Beck Construction maintained an excess liability policy with Evanston Insurance Company with One Million Dollar ($1,000,000.00) limits.

21.    Specifically, Mr. Cohen's November 18, 2019 demand letter stated:

"Based upon this information, and the coverage representation that have been made, Mr. Guthrie offers to execute a mutually agreeable complete release of Beck Construction in exchange for payment to Mr. Guthrie by both Evanston of its $1 million liability coverage limits and Builders of its $1 million liability coverage limits, for a total of $2 million, within thirty (30) days of this date, assuming that there are no other excess of umbrella coverages available to Beck Construction."

22.    By letter dated November 25, 2019, SOIC agreed to furnish Beck Construction a conditional defense but asserted that, "there are several reasons that there may not be coverage under the [SOIC] policy for some or all of the claims and/or damages alleged by Mr. Guthrie." (See Exhibit "E" attached hereto).

23.    Given SOIC's refusal to unconditionally accept coverage for Beck Construction and the significant injuries suffered by Guthrie; the substantial medical expenses incurred; and those to be incurred in the future,  ABIC timely tendered its $1,000,000.00 policy limits to Guthrie in order to protect Beck Construction from a certain judgment well in excess of the policy limits.

24.    Evanston did likewise by tendering its $1,000,000.00 limits of excess coverage for the same reasons.

25.    SOIC was well aware that a verdict in Mr. Guthrie's case could easily exceed their policy limits, given the injuries and the economic damages alleged.

26.    Given the alleged liability, the catastrophic injuries and the future medical care

that Mr. Guthrie was projected to need for the remainder of his life, the demand to settle for

$1 million was reasonable, and a reasonably prudent person when faced with the prospect of

paying a judgment in excess of that sum, would do so under all the circumstances

27.    Despite Mr. Guthrie's catastrophic injuries and his projected future medical

care, SOIC never made any offer to settle Guthrie's claim.

28.    By letter dated December 18, 2019, from ABIC to SOIC, ABIC enclosed the

proposed release for SOIC's review and advised:

> "Please be advised that Builders will look to SOIC for repayment of its policy
> limits under well-settled principles of equitable subrogation recognized under
> Florida law based upon the primary additional insured coverage available to
> Beck Construction under the SOIC Policy, which should provide first-dollar
> responsive indemnity in response to the Plaintiff's present demand.    (See
> Exhibit "F" attached hereto).

29.    ABIC was forced to retain counsel to protect its own interests after being

notified of the claim, and paid counsel for such services.

30.    ABIC was forced to hire counsel to represent it in this action and is obligated

to pay its attorneys a reasonable fee for their services on a contingency fee basis.

31.    Pursuant to Chap. 627.428, Fla. Stat., ABIC is entitled to recover the legal fees

incurred in bringing this action.

## COUNT I
### Common Law Bad Faith – Equitable Subrogation

Plaintiff adopts and re-alleges paragraphs 1 through 31 above.

32.    SOIC acted in bad faith when it failed to settle Guthrie's claim against its

insured when it could and should have done so had it acted fairly and honestly toward its

insured, Beck Construction, and their liability carrier, ABIC.

33.     SOIC acted in bad faith by failing to promptly settle Guthrie's claim when the obligations to settle the claim became reasonably clear.

34.     SOIC did not act reasonably when it failed to settle Guthrie's claim within its policy limits, thereby exposing its insured, Beck Construction and its liability carrier, ABIC, to an excess judgment.

35.     SOIC acted in bad faith thereby exposing its insured, Beck Construction and ABIC to an excess judgment by failing to do the following acts, including but not limited to:

    a.  Asserting defenses to coverage with little or no legal or factual basis;

    b.  Failing to agree to unconditionally defend and indemnify Beck Construct for Guthrie's claim;

    c.  Failing to accept the demand to settle Guthrie's claim within SOIC's limits pursuant to the offers conveyed by Guthrie on November 18, 2019;

    d.  Failing to act in its insured, Beck Construction's best interest and/or ABIC's best interest and instead acting in its own best interest;

    e.  Failing to attempt in good faith to make any reasonable or sufficient settlement offers in an effort to resolve these claims; and

    f.  Failing to attempt in good faith to enter into settlement negotiations in an effort to resolve this claim.

36.     As a direct and proximate result of SOIC's bad faith, ABIC was damaged as it was forced to pay money it should not have had to pay, or paid an amount greater than it would have had to pay if SOIC had acted in good faith, including amounts it paid counsel to protect its interest in the underlying lawsuit.

37.     Plaintiff is equitably subrogated to all rights its insured, Beck Construction, has for SOIC's bad faith, under Florida law.

WHEREFORE, Plaintiff, AMERICAN BUILDERS INSURANCE COMPANY, demands entry of a judgment against Defendant, SOUTHERN OWNERS INSURANCE COMPANY, for damages, plus pre-judgment interest thereon, together with an award of attorneys' fees and costs and such further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable as a matter of right by a jury.

DATED this <u>27th</u> day of July, 2020.

BENRUBI LAW, P.A.
1401 Forum Way, Suite 600
West Palm Beach, FL 33401
Phone: (561) 296-3963
Fax: (561) 478-3111
Email: *RBenrubi@benrubilaw.com*
Secondary: *cgarcia@benrubilaw.com*

*Counsel for Plaintiff*

By: */s/ Richard M. Benrubi*
  RICHARD M. BENRUBI, ESQ.
  Florida Bar No.: 796573

# INSURED
# MAILER PAGE

Reference:   **PKG 0247362 01**



BECK CONSTRUCTION OF CENTRAL FLORIDA INC
3402 HOLLIDAY AVE
APOPKA, FL  32703

NOT A CERTIFIED COPY

**MAILER PAGE**

**EXHIBIT "A"**



*Builders Insurance Group* ℠

The following information is provided in accordance with applicable state and federal laws and regulations. No action on your part is necessary.

### PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES

Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group. Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

<u>What categories of information about you do we collect?</u>

We may collect the following categories of nonpublic personal information about you from the following sources:
- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

<u>What categories of information about you do we disclose?</u>

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law. In some cases, this means that we can disclose information about you to certain third parties without your authorization.

<u>How do we protect the confidentiality and security of your information?</u>

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records. Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate. We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information. Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.

BIG PRVN 05 15

EXHIBIT "A"


*Builders Insurance Group*SM

# How To File A Claim

### Policyholder Responsibility:

*As soon as you are notified of the loss, immediately contact Builders Insurance Group using one of the following methods:*

> Report via Internet: www.bldrs.com and click on "File a Claim".

> Call 1-800-883-9305, listen to prompts, and dial 2 for 24/7 loss reporting (please advise the intake specialist if you have any concerns regarding the validity of the claim).

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

### Builders Insurance Group's Responsibility:

> Builders Insurance Group will prepare the state required First Report of Injury on WC losses and forward a copy to you for your records.

> Builders Insurance Group will assign a claims adjuster to handle the loss and contact you for additional details.

> If you receive additional information regarding the loss such as: medical bills, medical reports, legal forms, court orders, etc., please send them to:

> **Builders Insurance Group**
> **Claims Department**
> **PO Box 723099**
> **Atlanta, GA  31139-0099**

EXHIBIT "A"



# Cómo Presentar Una Reclamación

## Responsabilidad del Titular:

Tan pronto como se le notifique de la pérdida, comuníquese inmediatamente con Builders Group Insurance utilizando uno de los siguientes métodos:

> Informe a través de internet: www.bldrs.com y haga clic en "Presentar Una Reclamación".

> Llame 1-800-883-9305, escuche las indicaciones, y marque 2 para asistencia 24/7 para reportar su pérdida (por favor avise al especialista en el consumo si tiene alguna duda sobre la validez de la reclamación).

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

## Responsabilidad de Builders Insurance Group:

> Builders Insurance Group preparará el Primer Informe de Lesión requerido por el estado sobre las pérdidas de Compensación a los Trabajadores y enviará una copia para sus registros.

> Builders Insurance Group le asignará un ajustador de seguros para manejar la pérdida y se comunicará con usted para obtener más detalles.

> Si recibe información adicional acerca de la pérdida, tales como: gastos médicos, informes médicos, formas jurídicas, las órdenes judiciales, etc, por favor envíelas a:

Builders Insurance Group
Departamento de Reclamo
PO Box 723099
Atlanta, GA  31139-0099

BIG CL PHN S 05 15

**EXHIBIT "A"**



*Builders Insurance Group*℠

**BUILDERS INSURANCE GROUP**

**GENERAL LIABILITY SUPPLEMENTAL APPLICATION (Florida)**

**CPP**

**TRADE CONTRACTOR**

All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.

| Proposed Effective Date 08/31/2018 | Today's Date 09/05/2018 |
|---|---|
| DBA Name (This is the name by which we will refer to this account) | |
| Legal Name (If different) BECK CONSTRUCTION OF CENTRAL F | |
| Policy Number PKG 0247362 01 | |

Has any owner or officer of this company ever declared bankruptcy? Yes _____ No _____. If "yes" please provide the following details:

Date Filed _____ Amount Filed _____ Chapter? 7_____ 11_____ 13_____ Attach documents verifying court's final disposition.

| PROPERTY DAMAGE DEDUCTIBLE | $250. [X] | $500. ☐ | $750. ☐ | $1000. ☐ | Other |
|---|---|---|---|---|---|

Signature _____

AFFIDAVIT: I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application. I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees. I further agree to comply with all reasonable recommendations made by the Company with regard to same.

Owner/Officer's Signature _____     Producer's Signature _____

Owner/Officer's Name (Print) _____     Producer's Name (Print) _____

Agency Name (Printed) BLACKADAR INSURANCE AGENCY INC

NOT A CERTIFIED COPY

**EXHIBIT "A"**

BUILDERS INSURANCE GROUP

ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE

COMMERCIAL PACKAGE POLICY

**Named Insured:** BECK CONSTRUCTION OF CENTRAL FLORIDA INC       **Policy Number:** PKG 0247362 01

---

**Commercial Property**

_____   I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.

_____   I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____   I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.
         Final Premium to be determined at audit.

_____   I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____   I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.

_____   I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10

EXHIBIT "A"



**Builders Insurance Group**℠

**POLICY NUMBER:** PKG 0247362 01

**INSURED:** BECK CONSTRUCTION OF CENTRAL FLORIDA INC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

## COMMERCIAL PACKAGE POLICY

**For:** BECK CONSTRUCTION OF CENTRAL FLORIDA INC
3402 HOLLIDAY AVE
APOPKA, FL 32703

**By:** Blackadar Insurance Agency Inc
1436 N. Ronald Reagan Blvd.
Longwood, FL 32750

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

President                          Secretary

For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:

1-800-883-9305
or
678-309-4000

PKG POL JAC 05 15

**EXHIBIT "A"**



*Builders Insurance Group* ℠

**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

## COMMON POLICY DECLARATIONS

| | |
|---|---|
| **Policy Number** PKG 0247362 01 | **Renewal of** PKG 0247362 |
| **Transaction Type** RENEWAL DECLARATION | **Audit Type** ANNUAL |

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| BECK CONSTRUCTION OF CENTRAL FLORIDA INC<br>3402 HOLLIDAY AVE<br>APOPKA, FL 32703 | Blackadar Insurance Agency Inc<br>1436 N. Ronald Reagan Blvd.<br>Longwood, FL 32750 |

**Policy Period: From** 08/31/2018   **To**   08/31/2019 **12:01 A.M.Standard Time At Your Mailing Address**

| | |
|---|---|
| **Business Description:** Trade Contractor - Residential | **Entity Type:** Corporation |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

| | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | 0.00 |
| Commercial General Liability Coverage Part<br>   Includes Extra Coverage Endorsement      $300.00 | $ | 8,978.00 |
| Commercial Inland Marine Coverage Part | $ | 1,829.00 |
| Crime and Fidelity Coverage Part | $ | 0.00 |
| Total | $ | 10,807.00 |
| Taxes/Surcharges (If Applicable) | $ | 0.00 |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 05 Day of September, 2018

By_____

Authorized Representative

COMMON DEC 05 15                                                                                 **EXHIBIT "A"**

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

NOT A CERTIFIED COPY

American Builders Insurance Company
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
**FORMS INVENTORY**

| Policy Number: | PKG 0247362 01 |
|---|---|
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F |
| Agent: | BLACKADAR INSURANCE AGENCY INC   0001939 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CGL TOC FL | (8/15) | CG0001 Table of Contents |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECET | (8/14) | GL Extra Coverage Endorsement |
| CG0220 | (3/12) | FL-Changes NonRenewal & Canc |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2170 | (1/15) | Cap on Losses from Terrorism |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| CG2503 | (5/09) | Project Aggregate Limits |
| GLAX | (10/11) | Asbestos Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (8/16) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLFWE | (1/07) | Faulty, Defective & Poor Work |
| GLLX | (10/11) | Lead Exclusion |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GLRFWE | (4/08) | Residential Faulty Work Excl |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL0985 | (1/15) | Terrorism Disclosure |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |

**EXHIBIT "A"**

NOT CERTIFIED COPY

American Builders Insurance Company
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
**FORMS INVENTORY**

| | |
|---|---|
| Policy Number: | PKG 0247362 01 |
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F |
| Agent: | BLACKADAR INSURANCE AGENCY INC     0001939 |

## FORMS INVENTORY

```
C E DEC      (5/15)    Cont Equip/Emp Tools Cov Dec
CIM TOC FL (6/15)      CM0001 Table of Contents
CM0001       (9/04)    Coml Inland Marine Conditions
CM0101       (11/85)   FL Changes - Warranties
CM0116       (2/12)    Florida Changes - Loss Payment
IH0068       (12/13)   Contract Equip Covg Form
IH6801       (12/00)   Tools Cloths Belong Emps
IMMD         (2/15)    Excl-Mysterious Disappearance
IL0175       (9/07)    Florida Chg-Legal Act Agnst Us
IL0255       (3/16)    Florida Chg-Canc & Nonrenewal
IL0935       (7/02)    Exc of Certain Cmpter Rel Loss
IL0952       (1/15)    Cap on Losses from Terrorism
IL0985       (1/15)    Terrorism Disclosure
```

**EXHIBIT "A"**

Issued Date: 09/05/2018          INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0247362 01 |
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F |
| Agent: | BLACKADAR INSURANCE AGENCY INC     0001939 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #        1        Bldg #        1
OFFICE
0
ORANGE,   486

NOT A CERTIFIED COPY

**EXHIBIT "A"**

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0247362 01 |
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F |
| Agent: | BLACKADAR INSURANCE AGENCY INC     0001939 |

## NAMED INSURED SCHEDULE

Named Insured
BECK CONSTRUCTION OF CENTRAL F



NOT A CERTIFIED COPY

**EXHIBIT "A"**

Issued Date: 09/05/2018                    INSURED COPY

IL 00 03 09 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.



Wolters Kluwer Financial Services | Uniform Forms™

EXHIBIT A

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

EXAMPLE

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.





**Builders Insurance Group**℠

### American Builders Insurance Company

### GENERAL LIABILITY DECLARATIONS

**Policy Number:** PKG 0247362 01
**Named Insured:** BECK CONSTRUCTION OF CENTRAL FLORIDA INC

**Policy Period: From** 08/31/2018   **To** 08/31/2019 **12:01A.M.Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| Trade Contractor - Residential | Corporation | Annual |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate Prem/Ops | Rate Prod/Comp Ops | Advance Premium Prem/Ops | Advance Premium Prod/Comp Ops |
|---|---|---|---|---|---|---|---|
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ | 8,978.00 |
| State Tax or Other (if applicable) | $ | 0.00 |
| Total General Liability Coverage Premium (Subject to Audit) | $ | 8,978.00 |

**ENDORSEMENTS**

| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

**EXHIBIT "A"**

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

NOT A CERTIFIED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0247362 01 |
|---|---|
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F |
| Agent: | BLACKADAR INSURANCE AGENCY INC   0001939 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn Classification Description | | | | | | | | | | |
| All | FL | 999 | 44444 | 0.030 | 08/31/2018 | 08/31/2019 | | | O | $300.00 |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| All | FL | 999 | 44444 | 0.035 | 08/31/2018 | 08/31/2019 | | | O | $304.00 |
| PROJECT AGG | | | | | | | | | | |
| 00001 | FL | 006 | 91340 | 9.663 | 08/31/2018 | 08/31/2019 | 85,000 | Payroll | O | $821.00 |
| CARPENTRY-CONSTRUCTION OF RES. PROPERTY NOT EXCEED 3 STORIES | | | | | | | | | | |
| 00001 | FL | 006 | 91583 | 1.863 | 08/31/2018 | 08/31/2019 | 1,417,710 | Total Cost | O | $2,641.00 |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | FL | 999 | 91340 | 17.563 | 08/31/2018 | 08/31/2019 | 85,000 | Payroll | P | $1,493.00 |
| CARPENTRY-CONSTRUCTION OF RES. PROPERTY NOT EXCEED 3 STORIES | | | | | | | | | | |
| 00001 | FL | 999 | 91583 | 2.388 | 08/31/2018 | 08/31/2019 | 1,417,710 | Total Cost | P | $3,385.00 |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

TERRORISM CHARGE                                                          $34.00

FL HURRICANE CATASTROPHE FUND                                            $0.00

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**      $8,978.00

NOT A CERTIFIED COPY

**EXHIBIT "A"**

Issued Date: 09/05/2018                INSURED COPY

American Builders Insurance Company
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| Policy Number: | PKG 0247362 01 | |
|---|---|---|
| Named Insured: | BECK CONSTRUCTION OF CENTRAL F | |
| Agent: | BLACKADAR INSURANCE AGENCY INC | 0001939 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
3402 HOLLIDAY AVE
APOPKA, FL 32703

NOT A CERTIFIED COPY

**EXHIBIT "A"**

Issued Date: 09/05/2018              INSURED COPY

## TABLE OF CONTENTS

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

| | | |
|---|---|---|
| SECTION I | COVERAGES | Page 1 |
| | Section 1 - Coverage A Bodily Injury and Property Damage | Page 1 |
| | 1. Insuring Agreement | Page 1 |
| | 2. Exclusions | Page 2 |
| | Section 1 - Coverage B Personal and Advertising Injury | Page 6 |
| | 1. Insuring Agreement | Page 6 |
| | 2. Exclusion | Page 6 |
| | Section 1 - Coverage C Medical Payments | Page 8 |
| | 1. Insuring Agreement | Page 8 |
| | 2. Exclusions | Page 8 |
| SECTION II | WHO IS AN INSURED | Page 9 |
| SECTION III | LIMITS OF INSURANCE | Page 10 |
| SECTION IV | COMMERCIAL GENERAL LIABILITY CONDITIONS | Page 11 |
| SECTION V | DEFINITIONS | Page 13 |

NOT A CERTIFIED COPY

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

**SECTION I - COVERAGES**

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012     CG 00 01 04 13
EXHIBIT "A"

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.   However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.    However,    this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal    electrical,    hydraulic    or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them.    This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided in the "auto is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i.** **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.** **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.** **Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

   (1) On premises you own or rent;

   (2) On ways next to premises you own or rent; or

   (3) Because of your operations;

   provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   (1) First aid administered at the time of an accident;

   (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

   (3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

   To any insured, except "volunteer workers".

b. **Hired Person**

   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

   To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

   To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

   Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

   Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

EXHIBIT "A"

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012
EXHIBIT "A"

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

CERTIFIED A TRUE COPY

EXHIBIT "A"

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012
EXHIBIT "A"

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop draw-ings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or fail-ing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building clean-ing, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

EXHIBIT A

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012       CG 00 01 04 13
EXHIBIT "A"

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT FOR TRADE CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## TABLE OF CONTENTS

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. Non-Owned Watercraft

2. Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. Increased Limits for Bail Bonds

2. Increased Limit of Loss of Earnings

**Additions to SECTION II - WHO IS AN INSURED**

1. Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2. Incidental Medical Malpractice

3. Newly Acquired or Formed Organizations

4. Additional Insured Lessor of Leased Equipment Automatic Status When Required In Lease Agreement With You

**Additions to SECTION III - LIMITS OF INSURANCE**

1. Damage to Premises Rented To You

2. Increased Medical Payments Limit

3. Additional Insured - Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. Knowledge of Occurrence

2. Primary and Noncontributory

3. Transfer of Rights of Recovery

4. Liberalization

5. Unintentional Failure to Disclose

BIG GLECET 08 14

EXHIBIT "A"

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1. **Non-Owned Watercraft.** Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
   - **(2)** A watercraft you do not own that is:
     - **(a)** Less than 51 feet long; and
     - **(b)** Not being used to carry persons or property for a charge;

2. **Property Damage Exclusion.** Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
   
   Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

   and replacing it with:

   Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B** is revised as follows:

3. **Increased Limits.** Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
   **b.** Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

4. **Increased Limits.** Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised:

1. **Additional Insureds.**

   **A. Ongoing Operations- Additional Insured- Automatic Status When Required In Written Construction Agreement**

   **Section II - Who Is An Insured** is amended to include as an additional insured:

   **1.** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
   **2.** Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

EXHIBIT "A"
Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:
a.   Your acts or omissions; or
b.   The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:
a.   Only applies to the extent permitted by law; and
b.   Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this section of this endorsement ends when your operations for the person or organization described in Paragraph **A.** above are completed.

With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:
1.   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

a.   The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
b.   Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

2.   "Bodily injury" or "property damage" occurring after:

a.   All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
b.   That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:
1.   Required by the contract or agreement described in Paragraph **A.1.;** or
2.   Available under the applicable Limits of Insurance shown in the Declarations whichever is less.

**B.   Completed Operations- Additional Insured- When Required In Written Construction Agreement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) you have agreed in a written contract or written agreement to add as an additional

Includes copyrighted material of Insurance Services Office, Inc., with its permission

insured on your policy, but only with respect to liability arising out of "your work" performed under that contract or agreement and included in the "products-completed operations hazard" and only when that contract, agreement, or permit requires the additional insured be added with respect to liability arising out of "your work" performed under that contract or agreement and included in the "products-completed operations hazard".

If the written contract or written agreement does not require that the additional insured be added with respect to liability arising out of "your work" performed under that contract or agreement and included in the "products-completed operations hazard", then **SECTION II - WHO IS AN INSURED** is amended to include as an additional insured any person or organization you have agreed in a written contract or written agreement to add as an additional insured on your policy, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by "your work" performed under that contract or agreement and included in the "products-completed operations hazard".

However:

a. The insurance afforded to such additional insured only applies to the extent permitted by law; and
b. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:
a. Required by the contract or agreement; or
b. Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

A. **Section II - Who Is An Insured** is amended to include as an additional insured:

1. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
2. Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:
a. Your acts or omissions; or
b. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

a. Only applies to the extent permitted by law; and
b. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
EXHIBIT "A"

COMMERCIAL GENERAL LIABILITY

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:
1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:
   a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
   b. Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

2. "Bodily injury" or "property damage" occurring after:

   a. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
   b. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:
1. Required by the contract or agreement described in Paragraph **A.1.**; or
2. Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice.** The following exception is added:

Paragraph **2. a. (1) (d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:
   (i) Emergency Medical Technician; or
   (ii) Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations.**

Paragraph **3.a.** is deleted and replaced with the following:
   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

Paragraph **3.b.** is deleted and replaced with the following:
   b. Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission
EXHIBIT "A"

**4.** Additional Insured Lessor of Leased Equipment Automatic Status When Required In Lease Agreement With You

**A. Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.  A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or
**2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

**1. Damage To Premises Rented To You.**

The limit for Damage to Premises Rented to You is amended to be the lesser of:
    **a.** The Each Occurrence Limit shown in the Declarations; or
    **b.** $300,000.

**2. Increased Medical Payments Limit.**

Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

**1. Knowledge of Occurrence.**  The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

NOT A CERTIFIED COPY

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:

**(1)** You, if you are an individual;
**(2)** A member or partner, if you are a partnership or joint venture;
**(3)** A member or manager, if you are a limited liability company;
**(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
**(5)** A trustee, if you are a trust;
**(6)** Your insurance manager;
**(7)** Your legal representative if you die or dissolve;
**(8)** Any person claiming coverage or seeking benefits under the policy; or
**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

**2.** **Primary and Noncontributory**.  The following is added to the **Other Insurance Condition** and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**3.** **Transfer Of Rights Of Recovery**.  The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**

We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:

**a.** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**b.** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage.  The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights.  At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

**4.** **Liberalization.**  The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

5. **Unintentional Failure to Disclose.**  The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations.  An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.



**EXHIBIT "A"**
Includes copyrighted material of Insurance Services Office, Inc., with its permission