UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81357-CV-MIDDLEBROOKS

AMERICAN BUILDERS INSURANCE
COMPANY,

    Plaintiff,

vs.

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Defendant.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Permit Live Trial Testimony via Contemporaneous Transmission, filed May 18, 2021. (DE 69).

This matter is currently set for trial during the two-week trial period commencing June 1, 2021. Plaintiff requests that its 30(b)(6) Corporate Representative Brad Frahm ("Mr. Frahm") be permitted to testify at trial via videoconferencing because he is suffering from a disease that makes it very difficult for him to ambulate, and thus he may not be able to travel on an airplane from Tennessee, where he resides, or arrange for another person to drive him to Florida. Defendant does not oppose the requested relief.

"For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ. P. 43(a). I find that Plaintiff has met this good cause standard and will allow Mr. Frahm to testify via contemporaneous transmission should that be necessary.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion to Permit Live Trial Testimony via Contemporaneous Transmission (DE 69) is

1

**GRANTED**.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of May, 2021.

                                              Donald M. Middlebrooks
                                              United States District Judge