✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

AMERICAN BUILDERS INS. CO.

V.

SOUTHERN-OWNERS INS. CO.

**PLAINTIFF'S AMENDED EXHIBIT AND WITNESS LIST**

Case Number: 9:20-cv-81357

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MIDDLEBROOKS/BRANNON | RICHARD M. BENRUBI | JESSICA L. GREGORY |
| TRIAL DATE (S)<br>08/02/2021 - 08/03/2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Will introduce: SOUTHERN-OWNERS' POLICY |
| 2 | | | | | Will Introduce: AMERICAN BUILDERS' POLICY |
| 3 | | | | | Will introduce: EVANSTON INSURANCE POLICY |
| 4 | | | | | Will Introduce: CERTIFICATE OF LIABILITY INSURANCE |
| 5 | | | | | Will introduce: GUTHRIE WORKERS' COMP EXEMPTION |
| 6 | | | | | Will introduce: CHECKS FROM BECK CONSTRUCTION TO GUTHRIE LLC (3/8/19; 3/15/19; 3/22/ |
| 7 | | | | | Will introduce: COHEN 9/5/2019 DEMAND LETTER |
| 8 | | | | | Will introduce: ABIC 9/12/2019 EMAIL / TENDER FOR DEFENSE & INDEMNITY WITH ATTACHM |
| 9 | | | | | May introduce: 9/25/2019 LEININGER LETTER(S) TO COHEN / BECK / BUILDERS |
| 10 | | | | | Will introduce: 9/27/2019 COHEN LETTER TO LEININGER WITH ATTACHMENTS |
| 11 | | | | | Will introduce: 9/27/2019, email from Brad Frahm to Stuart Cohen |
| 12 | | | | | Will introduce: 10/02/19 email from Stuart Cohen to Brad Frahm |
| 13 | | | | | May introduce: 10/04/2019 LEININGER LETTER TO COHEN |
| 14 | | | | | May introduce: 10/14/19 correspondence from Doug McIntosh to Stuart Cohen |
| 15 | | | | | Will introduce: 11/18/2019 COHEN LETTER TO MARKEL |
| 16 | | | | | Will introduce: 11/25/19 correspondence from WLC to Brad Frahm |
| 17 | | | | | Will introduce: 11/25/2019 LEININGER LETTER TO COHEN |
| 18 | | | | | Will introduce: 11/25/2019 SOIC LETTER TO G. LUTZ |
| 19 | | | | | Will introduce: 12/10/19 letter from Evanston Insurance to Stuart Cohen tendering $1 million |
| 20 | | | | | Will introduce: 12/17/19 Correspondence from WLC to John Blaser |
| 21 | | | | | Will introduce: 12/18/2019 McINTOSH LETTER TO LEININGER |
| 22 | | | | | Will introduce: 12/20/19 EXECUTED RELEASE BY GUTHRIE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| AMERICAN BUILDERS INS. CO. | | | vs. | SOUTHERN-OWNERS INS. CO. | CASE NO. 9:20-cv-81357 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | | | | Deposition Transcript of B. Frahm (Builders), dated 1/5/21 |
| 24 | | | | | May introduce: Affidavit of John Blaser, dated February 12, 2021 |
| 25 | | | | | May introduce: Deposition transcript of Stuart Cohen, dated February 10, 2021 |
| 26 | | | | | JOHN BLASER DEPOSITION TRANSCRIPT 2/11/2021 (will introduce depo designation excerpts) |
| 27 | | | | | May introduce: DOUGLAS M. MCINTOSH AFFIDAVIT 3/02/2021 |
| 28 | | | | | Will introduce: McIntosh notes of his 12/18/19 telephone conversation with Gregory |
| | | | | | |
| 1 | | | | | Witness: American Builders Insurance Company  -  (May be called) |
| 2 | | | | | Witness: Southern-Owners Insurance Company  -  (Will be called) |
| 3 | | | | | Witness:  Jack "Trey" Horton, III, JD  -  (May be called) |
| 4 | | | | | Witness:  Brad Frahm - (Will be called) |
| 5 | | | | | Witness:  Russell Beck -  (May be called) |
| 6 | | | | | Witness:  Ernest Guthrie  -  (May be called) |
| 7 | | | | | Witness:  Stuart F. Cohen, Esq. -  (May be called) |
| 8 | | | | | Witness:  Douglas McIntosh, Esq.  -  (Will be called) |
| 9 | | | | | Witness:  Maurie Cotey  -  (May be called) |
| 10 | | | | | Witness:  Sam Folber  -  (May be called) |

Page   2   of   2   Pages