UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-81357-Matthewman

AMERICAN BUILDERS
INSURANCE COMPANY,

        Plaintiff

v.

SOUTHERN-OWNERS
INSURANCE COMPANY,

        Defendant.
_____/

FILED BY ✓ D.C.
AUG 04 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## VERDICT FORM

We, the Jury return the following Verdict:

1. Has Plaintiff, AMERICAN BUILDERS INSURANCE COMPANY, proven by a preponderance of the evidence that Defendant, SOUTHERN-OWNERS INSURANCE COMPANY, acted in bad faith by not settling Ernest Guthrie's claim against Beck Construction?

    Yes ___✓___          No _____

Please date and sign this verdict form and return it to the courtroom.

SO SAY WE ALL this 4TH day of August, 2021.

                                                _____
                                                Foreperson