UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-81357-Matthewman

AMERICAN BUILDERS
INSURANCE COMPANY,

        Plaintiff
v.

SOUTHERN-OWNERS
INSURANCE COMPANY,

        Defendant.
_____/

**FINAL JUDGMENT FOR PLAINTIFF**

    THIS ACTION came on for trial before the Court and a jury from August 2, 2021 to August 4, 2021. The issues having been duly tried and the jury having duly rendered its verdict on August 4, 2021, it is **ORDERED AND ADJUDGED** that:

(1) A Final Judgement is **ENTERED** in favor of Plaintiff, AMERICAN BUILDERS INSURANCE COMPANY, and against Defendant, SOUTHERN-OWNERS INSURANCE COMPANY.

(2) Plaintiff shall recover from Defendant the amount of $1,000,00.00 in principal and the amount of $91,240.82 in prejudgment interest (calculated at the statutory rate pursuant to Section 55.03, Florida Statutes from December 20, 2019 through August 5, 2021) for a total sum due of $1,091,240.82, for all of which let execution issue. Post-Judgment interest shall accrue pursuant to 28 U.S.C. 1961.

(3) The Court reserves jurisdiction to determine Plaintiff's entitlement to and amount of reasonable attorney's fees and court costs.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of August 2021.

							_____
							WILLIAM MATTHEWMAN
							United States Magistrate Judge